The People of the State of New York, Respondent,
against
Donald Holmes, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered September 23, 2016, convicting him, upon his plea of guilty, of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered September 23, 2016, affirmed.
The accusatory instrument charging unlicensed general vending (see Administrative Code of City of New York § 20-453) was not jurisdictionally defective. The sworn police allegations that defendant was observed "in front of 8 Pennsylvania Place," "display[ing] and offer[ing] for sale two t-shirts," "holding the merchandise in his hand," and "showing the merchandise to numerous people" were "sufficiently evidentiary in character" (People v Allen, 92 NY2d 378, 385 [1998]) to support the "sale or offer for sale" element (see People v Kasse, 22 NY3d 1142 [2014]; People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]; People v Broussard, 58 Misc 3d 157[A], 2018 NY Slip Op 50213[U] [App Term, 1st Dept 2018], lv denied 31 NY3d 1079 [2018]; People v Zoungrana, 13 Misc 3d 130[A], 2006 NY Slip Op 51795[U][App Term, 1st Dept 2006], lv denied 7 NY3d 871 [2006]) and the "public space" element of the offense (see People v Abdurraheem, 94 AD3d at 570; People v Sosa, 57 Misc 3d 129[A], 2017 NY Slip Op 51166[U] [App Term, 1st Dept 2017], lv denied 30 NY3d 1063 [2017]; People v Fall, 44 Misc 3d 132[A], 2014 NY Slip Op 51126[U] [App Term, 1st Dept 2014], lv denied 24 NY3d 1083 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2019